# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Antonio Mosley, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00104-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| David W. Williams | ) | |
| City of Charlotte | | |
| Tammy Clary | | |
| County of Mecklenburg | | |
| Rodney Monroe | | |
| J Redfern | | |
| Jim Agetrick, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 12, 2014 Order.

June 13, 2014

Frank G. Johns, Clerk
United States District Court